**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: March 2, 2017**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | | |
|---|---|---|---|
| In re: | | * | Case No. 1:16-bk-13870 |
| STACEY E. GOINS | | | |
| | | * | Judge Jeffery P. Hopkins |
| | Debtor. | * | Chapter 13 |

**AGREED ORDER RESOLVING TRUSTEE'S PARTIAL OBJECTION TO MORTGAGE ARREARAGE CLAIM (Doc.26)**

This cause comes on before the Court upon Trustee's Partial Objection to Mortgage Arrearage Claim filed with the Court on February 17, 2017 (Doc. 26), and Specialized Loan Servicing LLC, as servicing agent to FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC's Response to said Objection filed with the Court on February 24, 2017 (Doc. 28). Prior to the matter proceeding to hearing, the parties resolved all issues in dispute. The Court finding the resolution fair and equitable hereby ORDERS same.

IT IS THEREFORE ORDERED that:

**1.    By agreement of the undersigned parties, Specialized Loan Servicing LLC, as servicing agent to FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC's arrearage claim in Clerk Claim No. 8 (filed February 9, 2017) shall be allowed in the**

**amount of $2,776.04, and that $395.33 shall be disallowed as the Trustee has already**

**disbursed this month through the ongoing mortgage claim.**

**2.      The Trustee's Partial Objection to Mortgage Arrearage Claim filed with the**

**Court on February 17, 2017 (Doc. 26) is hereby resolved.**

**IT IS SO ORDERED.**


**APPROVED & SUBMITTED BY:**

/s/ Eric J. Gunderson – per email approval 03/01/2017
Eric J. Gunderson:  0059554
5257 Montgomery Road
Norwood, Ohio 45212
Phone:  (513) 631-0022
Fax:     (513) 631-1003
E-Mail:  bailey.gunderson@fuse.net
ATTORNEY FOR DEBTOR


/s/ Alison A. Gill
Alison A. Gill: 0061710
655 Cooper Road
Westerville, Ohio 43081
Telephone: (614) 523-7575
Facsimile: (614) 523-7580
E-Mail: alison@ohiolaws.com
ATTORNEYS FOR SLS

/s/ Margaret A. Burks by Frank DiCesare – per email approval 03/01/2017
Margaret A. Burks
Chapter 13 Trustee
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
Phone:  (513) 621-4488
Fax:  (513) 621-2643
E-Mail:  mburks@cinn13.org

Copies to: Default List.

# # #