**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Stacey E. Goins |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 1:16-bk-13870 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC As Serviced by Specialized Loan Servicing, LLC

**Court claim no.** (if known): 8-1

**Last four digits** of any number you use to identify the debtor's account: 0019

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2018

**New total payment:**
Principal, interest, and escrow, if any: $578.03

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $229.14    **New escrow payment:** $182.70

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %    **New interest rate:** _____ %
   **Current principal and interest payment** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   
   **Reason for change:** _____
   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Stacey E. Goins | Case Number *(if known)* | 1:16-bk-13870 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jason A. Cottrill     Date  09/27/2018
  Signature

Print: **Jason A. Cottrill**     Title  Authorized Agent for Specialized Loan Servicing, LLC
       First Name  Middle Name  Last Name

Company  Bonial & Associates, P.C.

Address  14841 Dallas Parkway, Suite 425
         Number          Street

         Dallas, Texas  75254
         City        State        Zip Code

Contact phone  (972) 643-6600    Email  POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 27, 2018 via electronic notice unless otherwise stated:

**Debtor**    *Via U.S. Mail*
Stacey E. Goins
4053 St. Williams Avenue
Cincinnati, OH 45205

**Debtors' Attorney**
Paul J Minnillo
Minnillo & Jenkins Co LPA
2712 Observatory Avenue
Cincinnati, OH 45208

**Chapter 13 Trustee**
Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202

Respectfully Submitted,

/s/ Jason A. Cottrill